**IN the INTEREST OF:**
**M.P.W., Appellant,**

**v.**

**Juvenile OFFICE, Respondent.**

**WD 79032**

Missouri Court of Appeals,
Western District.

ORDER FILED: July 26, 2016

Craig Johnston, Columbia, MO, for Appellant.

Mary Mueller, Columbia, MO, for Respondent.

Before Division One: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Alok Ahuja, JJ.

## ORDER

Per Curiam:

M.P.W. appeals a juvenile disposition making her a ward of the court after a juvenile court commissioner found that she committed what would have been, had she been an adult, third-degree assault and second-degree property damage. She claims that the Juvenile Officer failed to prove that she did not lawfully act in self-defense and that she knowingly damaged school property.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).